IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr240-TFM |
| | ) | [16 USC 3372(a)(2)(A); |
| JON MICHAEL BAKER, | ) | 16 USC 3373(d)(2); |
| JASON DALE BURTON, and | ) | 18 USC 2] |
| DANA LAMONT HAYNES, JR. | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about the 5th day of November, 2006, through on or about the 12th day of November 2006, in Tallapoosa County, Alabama, within the Middle District of Alabama,

JON MICHAEL BAKER,
JASON DALE BURTON, and
DANA LAMONT HAYNES, JR.,

defendants herein, did aid and abet each other to knowingly import, transport, receive and acquire in interstate commerce, wildlife taken, possessed and transported in violation of the laws and regulations of any State, to wit:

JON MICHAEL BAKER,
JASON DALE BURTON, and
DANA LAMONT HAYNES, JR.,

imported, transported, received, and acquired six whitetail deer heads and antlers into the Middle District of Alabama from the State of Kansas in violation of the laws and regulations of Kansas in that,

JON MICHAEL BAKER,
JASON DALE BURTON, and
DANA LAMONT HAYNES, JR.,

did not then have the required Kansas license to take such whitetail deer in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2) and Title 18, United States Code, Section 2.

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney