UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NO.: 3:07-CR00240-TFM |
| | ) |
| JOHN MICHAEL BAKER, et al. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Tom Radney, and requests the Court to enter said attorney as the attorney of record for the Defendants, John Michael Baker, Dana Lamont Haynes, and Jason Dale Burton.

Respectfully submitted this the 19th day of October, 2007.

RADNEY & RADNEY, LLC

_____
Tom Radney (RAD002)
Attorney for Defendants
Post Office Box 819
Alexander City, AL 35011
(256) 234-2547 (telephone)
(256) 234-7871 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this the 19th day of October, 2007.

Kent B. Brunson, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

_____
OF COUNSEL